Case 5:09-cv-02038-DDP-JEM   Document 13   Filed 09/29/10   Page 1 of 1   Page ID #:109

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE G. TOVAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LARRY SMALL, Warden,<br><br>　　　　Respondent. | Case No. EDCV 09-2038-DDP (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 9-29-10

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE